UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENISE GARRETTE,

    Plaintiff,

v.                                       Case No: 8:16-cv-2408-T-36JSS

SAINT PETERSBURG POLICE
DEPARTMENT, CITY OF SAINT
PETERSBURG and PINELLAS COUNTY
SHERIFF DEPARTMENT,

    Defendants.
_____/

**ORDER**

    THIS MATTER is before the Court on pro se Plaintiff's Motion for Extension of Time to File Certificate of Interested Persons and Corporate Disclosure Statement. (Dkt. 5.) Plaintiff moves for an extension of time until November 1, 2016, or thirty days from the receipt of her motion, to file her certificate of interested persons and corporate disclosure statement, which is currently due by September 7, 2016. (Dkt. 3.) Upon consideration, it is

    **ORDERED** that Plaintiff's Motion for Extension of Time to File Certificate of Interested Persons and Corporate Disclosure Statement (Dkt. 5) is **GRANTED** in part and **DENIED** in part. Plaintiff is directed to file her certificate of interested persons and corporate disclosure statement by September 23, 2016.

    **DONE** and **ORDERED** in Tampa, Florida, on September 8, 2016.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party